# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| HOPE ADVISORS, LLC, KAREN BRUTON, TODD WORTMAN, and DAWN ROBERTS, | ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| JUST HOPE FOUNDATION, | ) ) |
| Relief Defendant. | ) ) |

Case No. 1:16-CV-01752-LMM

## JOINT MOTION TO STAY OR ADMINISTRATIVELY CLOSE

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Hope Advisors, LLC, Karen Bruton, Todd Wortman and Dawn Roberts, (together, the "Parties"), jointly move to stay or administratively close this case while the staff of the SEC pursues approval of settlement offers made by the Defendants. In support of their Joint Motion, the Parties state as follows:

1. Discovery is set to expire in this matter on June 18, 2018.

2. The representatives of the Parties have reached an agreement in principle to settle this matter as to all Defendants, whereby the staff of the SEC will recommend that the SEC approve settlement offers made by the Defendants. No such settlements can be finalized, however, until they have been formally approved by the SEC pursuant to a staff recommendation. The recommendation process takes approximately 8 weeks.

3. The Parties desire to save the time and expense that would need to be incurred by continuing to litigate this matter during the recommendation process.

WHEREFORE, the Parties respectfully request that the Court stay or administratively close this case until fourteen days after the SEC has made a decision on the staff's recommendation to approve the Defendants' settlement offers.

Respectfully submitted this 14th day of June, 2018.

*/s/ Mary C. Gill*
Mary C. Gill
Ga. Bar No. 294776
mary.gill@alston.com
John L. Latham
Ga. Bar No. 438675
john.latham@alston.com
Timothy J. Fitzmaurice
Ga. Bar No. 241959
tim.fitzmaurice@alston.com
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:   (404) 881-7000
Fax:   (404) 881-7777

Edward T. Kang
D.C. Bar No. 1011251
(Admitted *Pro Hac Vice*)
edward.kang@alston.com
Alston & Bird
950 F Street NW
Washington, D.C. 20004
Tel:   (202) 239-3300
Fax:   (202) 239-3333

*Attorneys for Defendants
Hope Advisors, LLC and
Karen Bruton*

*/s/ Craig H. Kuglar*
Craig H. Kuglar
Ga. Bar No. 429968
The Law Office of Craig Kuglar, LLC
Suite A102-353
931 Monroe Drive NE
Atlanta, GA 30308
404-432-4448
ck@kuglarlaw.com

Steven A. Riley
(Admitted *Pro Hac Vice*)
Milton S. McGee, III
(Admitted *Pro Hac Vice*)
Riley Warnock & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
615-320-3700
sriley@rwjplc
tmcgee@rwjplc.com

*Attorneys for Defendants
Dawn Roberts and
Todd Wortman*

*/s/ Joshua A. Mayes*
M. Graham Loomis
Ga. Bar No. 457868
Joshua A. Mayes
Ga. Bar No. 143107
Robert Gordon
Ga. Bar No. 302482
United States Securities and Exchange Commission
950 E. Paces Ferry Road NE, Suite 900
Atlanta, GA 30326
Tel: 404-842-7600
loomism@sec.gov
mayesj@sec.gov
gordonr@sec.gov

*Attorneys for Plaintiff
Securities and Exchange Commission*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that, pursuant to Local Rules 5.1C and 7.1D of the United States District Court for the Northern District of Georgia, the foregoing Joint Motion to Amend the Scheduling Order was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

This 14th day of June, 2018.

>  */s/ Joshua A. Mayes*
>  M. Graham Loomis
>  Ga. Bar No. 457868
>  Joshua A. Mayes
>  Ga. Bar No. 143107
>  Robert Gordon
>  Ga. Bar No. 302482
>  United States Securities and Exchange Commission
>  950 E. Paces Ferry Road NE, Suite 900
>  Atlanta, GA 30326
>  Tel: 404-842-7600
>  loomism@sec.gov
>  mayesj@sec.gov
>  gordonr@sec.gov
>
>  *Attorneys for Plaintiff Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced action.

>  */s/ Joshua A. Mayes*
> M. Graham Loomis
> Ga. Bar No. 457868
> Joshua A. Mayes
> Ga. Bar No. 143107
> Robert Gordon
> Ga. Bar No. 302482
> United States Securities and Exchange Commission
> 950 E. Paces Ferry Road NE, Suite 900
> Atlanta, GA 30326
> Tel: 404-842-7600
> loomism@sec.gov
> mayesj@sec.gov
> gordonr@sec.gov
>
> *Attorneys for Plaintiff Securities and Exchange Commission*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) HOPE ADVISORS, LLC, ) KAREN BRUTON, ) TODD WORTMAN, and ) DAWN ROBERTS ) ) Defendants, ) ) and ) ) JUST HOPE FOUNDATION, ) ) Relief Defendant. ) | Case No. 1:16-CV-01752-LMM |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY OR ADMINISTRATIVELY CLOSE

This cause is before the Court on the parties' Joint Motion to Stay or Administratively Close this matter in light of a proposed settlement. Having considered and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The parties' Joint Motion is GRANTED;

2. This matter shall be [stayed] [administratively closed] until 14 (fourteen) days after the Securities and Exchange Commission has acted on its staff's recommendation to approve the proposed settlements in this matter.

3. Counsel for the Securities and Exchange Commission shall promptly notify the Court and the Defendants once the Commission has made a decision on the proposed settlements.

SO ORDERED, this _____ day of _____, 2018.

_____
Honorable Leigh Martin May
United States District Judge