# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HOPE ADVISORS, LLC,<br>KAREN BRUTON,<br>TODD WORTMAN, and<br>DAWN ROBERTS<br><br>Defendants,<br><br>and<br><br>JUST HOPE FOUNDATION,<br><br>Relief Defendant. | Case No. 1:16-CV-01752-LMM |

## ORDER GRANTING JOINT MOTION TO STAY OR ADMINISTRATIVELY CLOSE

This cause is before the Court on the parties' Joint Motion to Stay or Administratively Close this matter in light of a proposed settlement. Having considered and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The parties' Joint Motion is GRANTED;

2. This matter shall be administratively closed until 14 (fourteen) days after the Securities and Exchange Commission has acted on its staff's recommendation to approve the proposed settlements in this matter.

3. Counsel for the Securities and Exchange Commission shall promptly notify the Court and the Defendants once the Commission has made a decision on the proposed settlements.

SO ORDERED, this 14th day of June, 2018.

_____
Honorable Leigh Martin May
United States District Judge