# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HOPE ADVISORS, LLC, KAREN BRUTON, TODD WORTMAN, and DAWN ROBERTS<br><br>Defendants. | Case No. 1:16-CV-01752-LMM |

## ORDER APPROVING THE FINAL ACCOUNTING, DIRECTING THE DISPOSITION OF REMAINING FUNDS, DISCHARGING THE DISTRIBUTION AGENT, AND TERMINATING THE FAIR FUND AND RELATED RELIEF.

The Court, having reviewed the Plaintiff Securities and Exchange Commission's ("Commission") Motion, and Memorandum of Law (the "Memorandum"), for an Order approving the Final Accounting, attached to the Memorandum as Exhibit A; directing the disposition of remaining funds; discharging the distribution agent; and terminating the Fair Fund; and for good cause shown,

1

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. The final accounting attached to the Memorandum as Exhibit A is APPROVED;

3. The SEC shall remit all funds remaining in the Fair Fund, and any funds returned to the Fair Fund in the future, to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S. Code § 78u-6(g)(3)];

4. The Distribution Agent is DISCHARGED; and

5. The Fair Fund is TERMINATED.

**SO ORDERED.**

Dated:  May 14, 2024

Leigh Martin May
United States District Court Judge